IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:07cr00317-18 JMM

KEVIN MONROE HUTSON

## ORDER

Defendant appeared this date on the motion to revoke supervised release (DE #832) and admitted to violations of his supervised release.

With agreement by the parties, the motion to revoke supervised release is denied. Defendant's conditions of supervised release are modified to require Defendant to live with his Grandmother for a period of four (4) months under home detention with the use of electronic home monitoring. Defendant shall be restricted to the residence at all times except for employment, religious services, and medical appointments, which must be pre-approved by the supervising officer. Costs associated with electronic monitoring will be paid by the government. All other conditions of supervised release remain in effect. The electronic monitor is to be set up within 30 days of the date of this order. Defendant is released from custody.

The expiration date of Defendant's supervised release remains September 25, 2015.

The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED THIS 1st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE